# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148879

LARRY J. WINGET and ALICIA J. WINGET,
    Petitioners-Appellants,

v

DEPARTMENT OF TREASURY,
    Respondent-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148879
COA: 302190
Tax Tribunal: 00-319852

     On order of the Court, the application for leave to appeal the December 5, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



t0616

                      Clerk